HRYCI, Box 9561
Wilmington, DE 19809

U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19809

November 6, 2006

RE: filing fees

Dear Clerk of the Court,                                     - 0 6 - 6 9 2 -

Enclosed please find the required forms to establish a complaint under 42 USC 1983. In a previous petition I was granted permission to proceed in forma pauperis and wish to do so again, however the records department is unbelievably slow here at the prison, and I would like to have relief as soon as possible. If I cannot continue under the order of in-forma pauperis granted in 2005, I assure you a new request is being prepared even now and will be forwarded along as soon as it is completed. Please continue with the complaint, if at all possible.

Yours Truly,
David C. Safford
252614  1-C #1