PCCC
38 Todds Lane
Wilm, DE 19802

US District Court
District of Delaware
844 N. King St.
Wilm, DE 19801

06CV692UNA

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

November 13, 2006

RE: Safford v State Complaint,
   I.F.P. Application, and Change of Address

Dear Court Clerk,

    Enclosed is an application to proceed in Forma Pauperis. This institution does not have inmate accounts, therefore I can not furnish the requested statement. Also, I have previously qualified to proceed I.F.P. before this Court under a 2005 Habeus Corpus petition.
    Please note also the change of address.

Respectfully Submitted,

David C. Safford II
SBI #252614

David Safford
#252644
38 Todds Ln
Wilm, DE 19802

WILMINGTON DE 192
15 NOV 2006 PM 2 L

US District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801