P.C.C.C.
38 Todds Ln.
Wilm, DE 19802

Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilm, DE 19801-3570

Dec 5, 2006

Re: Filing Fee No. 06-692-JJF

Clerk of the Court,

Would you please docket the enclosed letters requesting the required information to proceed in forma-pauperis? I have also asked the counselor here at the Plummer work release center to provide a letter to the effect that I do not have an inmate account here, nor am I yet cleared for work-release.

Thank-you

David C. Safford
#252614

Encl: 2



06cv692 JJF
FILED
DEC 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P.C.C.C.
38 Todds Ln
Wilm, DE 19802

Sussex Violation of
Probation Center
Rte 113
Georgetown, DE 19947

December 5, 2006

Re: Inmate account #252614

To whom it may concern,

    I was detained at SVOP in July and August of 2006. Would you please provide supplemental account information to accommodate the enclosed order?

Thank-You.

David C. Safford
#252614

Encl: Filing fee Order No. 06-692-JJF
Copy: USDC, District of Delaware

P.C.C.C.
38 Todds Ln.
Wilm, DE 19802

H.R.Y.C.I.
Box 9561
Wilm, DE 19809

DEC 5, 2006

Re: Inmate account #252614

To whom it may concern,

I was incarcerated at H.R.Y.C.I. from September 5, 2006 until transfer to Crest North on November 8, 2006. Would you please provide the six month statement as per the enclosed order?

Thank-You

David C. Safford
#252614

Copy: USDC

D.C. Safford
P.C.C.C.
38 Todds Ln.
Wilm. DE 19802

WILMINGTON DE 197
07 DEC 2006 PM 2 T

Office of the Clerk
United States District Court
844 N. King St. lockbox 18
Wilmington, DE 19801