P.C.C.C.
38 Todds Lane
Wilm, DE 19802

Clerk's Office
U.S. District Court
844 N. King Street
Lock Box 18
Wilm, DE 19801-3570

Dec 11, 2006

Re: Civil Action # 06-692 JJF

Dear Clerk,

Howard R. Young Correctional Institute has returned the encosed resident history report in compliance with my request to accomodate the terms of the filing fee order. I pray this is acceptable and fullfills the obligation, as my resources are very limited.

Yours Truly,

David C. Safford II,
Plaintiff



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

WILMINGTON DE 197
12 DEC 2006 PM 1 L

Office of the Clerk
U.S. District Court
844 N. King Street
Wilm, DE 19801 - 3570

U.S.M.S.
X-RAY

D.C. Safford
P.C.C.C.
38 Todds Ln.
Wilm, DE 19802