```
RESIDENT HISTORY REPORT                                          Page 1 of 1

HRYCI
12/06/06 14:38
ST 006 / OPR KJG

SBI            : 252614
Resident Name  : SAFFORD, DAVID
Time Frame     : 07/13/2006 17:08 - 12/06/2006 14:38

-------------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #       Amount   Balance
-------------------------------------------------------------------------------

07/13/2006   17:08   Intake          5    BVS    E16091           0.72      0.72
07/14/2006   08:36   Add             6    jmh    F20395           1.00      1.72
08/08/2006   16:41   Add             5    MDF    E16608           1.30      3.02
09/05/2006   13:59   Add             5    CTN    E17124          11.11     14.13
09/25/2006   11:40   Rec Payment    10    bsp    J5824            1.10     13.03
09/25/2006   13:19   Add             4    SEA    D55238          20.00     33.03
09/26/2006   09:23   Order           2    WLH    B134612         12.84     20.19
10/16/2006   08:49   Rec Payment    10    bsp    J6263            3.75     16.44
10/17/2006   11:28   Order           2    DDT    B137903         13.77      2.67
10/20/2006   12:06   Add             4    SED    D56796          20.00     22.67
10/24/2006   09:29   Order           2    DDT    B138758         15.29      7.38
10/31/2006   07:32   Order           2    WLH    B139946          4.69      2.69
11/02/2006   11:33   Add             4    SED    D57520          25.00     27.69
11/06/2006   13:56   Order           2    WLH    B140975         11.88     15.81
11/08/2006   13:29   Close           6    kjg    F23120          15.81      0.00
11/09/2006   14:05   Credit         11    DDT    K1833           11.88     11.88
11/22/2006   13:34   Close           6    bsp    F23466          11.88      0.00
```



FILED DEC 1 3 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned