INMATE ACCOUNT STATEMENT

| **DAVID SAFFORD** | | **14-Jul-06** |
|---|---|---|
| NAME | | SCCC ADMIT DATE |

| **252614** | | **31-Jul-06** |
|---|---|---|
| SBI# | | DATE RELEASED |

06- 692 (JJF)

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | | BALANCE |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B        room/board owed from previous visits to SWRU
MED =      Visits to medical
TRANS  =   transportation owed from previous visits
P2  =      Pay to's submitted thru business office
DG  =      Dollar General/commissary
TRANSF     Transfers to Other Institutions
SP. COURT  Superior Court
**TYPE OF DEPOSITS**
M/O  =     money orders received outside of institution
B/R  =     booking and receivng
CK =       checks
CASH
I / W =    inmate wages



BD Scanned

INMATE ACCOUNT STATEMENT

**DAVID SAFFORD**                        **9-Aug-06**
NAME                                    SCCC ADMIT DATE

**252614**                              **24-Aug-06**
SBI#                                    DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE | |
|------|----------|-----------------|---------------|------------------|---------|---|
|      | $0.00    |                 | $0.00         |                  |         | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
|      | $0.00    |                 | $0.00         |                  | $0.00   | $0.00 |
| TOTAL | $0.00   |                 | $0.00         |                  |         | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG  =        Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O  =       money orders received outside of institution
B/R  =       booking and receivng
CK =         checks
CASH
I / W =      inmate wages

D.C. Safford
PCCC.
38 Todds Lane
Wilmington, DE 19802

Office of the Clerk
U.S. District Court
844 N. King St.
Lockbox 18
Wilm, DE 19801-3570

19801+3570

WILMINGTON DE 197



PCCC
38 Todds Lane
Wilmington DE 19802

Office of the Clerk
U.S. District Court
844 N. King St, Box 18
Wilm, DE 19801-3570

December 17, 2006

Re: filing fee, # 1:06-CV-692 JJF

Dear Clerk,

Please find enclosed supplemental information regarding the Order to proceed in forma pauperis mandatory inmate accout statement

Yours truly,
David C. Safford II



FILED

DEC 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO Scanned