PCCC
38 Todds Lane
Wilm, DE 19802

US District Court
District of Delaware
844 N. King St.
Box 18
Wilmington, DE 19801

Re: No. 06-692-JJF

FILED
DEC 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Sir or madame:

I am concerned by the caption in this case that there may be an issue that needs to be addressed. In naming individuals, or agents of an authority, I did not mean that the action apply to them exclusively. I think, perhaps, that it needs to be clarified that the individual being named should be held accountable for his/her actions as far as their own resposibility in as far as the extent that they were actually representing the agency, or were influenced by their own, personal feeling and character, including but not limited to possible prejudice, or malice, in their own duties which are endorsed by the agenc(ies)

Thank you very much

David C. Safford



WILMINGTON DE 197
27 DEC 2006 PM 3 L

U.S. District Court
District of Delaware
844 N. King Street
Lock Box 18
Wilmington, DE 19801

D.C. Safford
38 Todds Lane
Wilm DE 19802
PCCC