PCCC
38 Todds Lane
Wilm, DE 19802

U.S. District Court
District of Delaware
844 N. King St, box 18
Wilm. DE 19801

December 26, 2006

Re: 06-692 JJF



FILED
DEC 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Dear sir or madame:

A part of the complaint I am making is the anguish suffered from trying to have the State of Delaware and the Court system as well as the Courts themselves to recognize me as an individual, and not merely an opponent to their grasp on an idea which they have fabricated of what they percieve to be the truth.

Around every corner that I am pushed through lies another obstacle which I am forced to knock over only so they can erect more. I have been asking since day one to have recognition for pre-trial time to be credited to the sentence. This extraordinary

Page one

length of time was wrought from a now defunct case, and forged then tempered by fabrication of a new indictment. The Court refuses to recognize this time because of the link to an old case. I had been allowed to believe I had overcome this hurdle at the 10-10-06 sentencing, but I now discover I was blind sided because that period was not credited to an arrest, but to a case. Sentencing on that day made it appear that I was granted the accreditting I had asked for, since no time was held by the suspension and the condition that level five time be credited to the probation sentence. This is a final attempt to gain the recognition, though I have no leverage.

Dated
December 26, 2006

Thank-you.

David C. Safford

D.C. Safford
PCCL
38 Todds Lane
Wilm, DE 19802

WILMINGTON DE 197
27 2006  PM 2 L

U.S. District Court
District of Delaware
844 N. King St. Box 18
Wilmington, DE 19801

PCCC
38 Todds Lane
Wilm, DE 19802

<u>Exhibit</u>

Re: Creditable time

Dear Sir or madame:

I am writing you with hope that this letter will find the right hands. I believe that I am being treated unfairly, and that I am being forced to futily keep trying in every way that I can, because my family needs me. Please do not take this in the wrong way, I am asking for your help.

I was arrested on October 16, 2004, and <u>two</u> cases are derived from that arrest. The indictment for Superior Court case #0410014004 was returned in December, 2004. That case was later abandoned in September, 2005, when it was nolle-processed. I was no longer being held for that case. A second indictment, based upon the very same facts and grounds in the October 16, 2004 arrest, had been returned in September, 2005, and actually ran concurrent with the earlier case until it was dismissed. Case #0508027631 returned a sentence, and it logically follows that any sentence

must have a start date, which we know must also start from the date of arrest, which, in this instance, is the October 2004 arrest. Case #0508027631 is the sentence-bearing case of the arrest, so any time served must be credited likewise.

Time served in relation to the October 16, 2004 arrest:

| | | |
|---|---|---|
| SCI, level 5 | 10/16/04 - 9/21/05 | 336 days |
| SVOP, level 4 | 7/13/06 - 7/31/06 | 20 days |
| SVOP, level 4 | 8/8/06 - 8/24/06 | 16 days |
| HRYCI, level 5 | 9/5/06 - 11/8/06 | 63 days |
| allowable statutory time (approx.) | | 30 days |

Dated:
December 24, 2006

Thank-you so much for your care and concern.

David C. Safford